**Order entered May 7, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00592-CR

### JESUS GUTIERREZ ELIASAR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F13-00153-Y**

## ORDER

The Court **DENIES** appellant's May 5, 2014 pro se motion to have the clerk's and reporter's records transcribed into Spanish. We further **DENY** appellant's May 5, 2014 pro se motion to supplement the record with a description of the "outburst" noted in in Volume 4 of the reporter's record.

We **GRANT** appellant's May 5, 2014 pro se motion to extend time to file his pro se response to the *Anders* brief only to the extent that we **ORDER** appellant to file his pro se response by **JULY 7, 2014**. No further extensions will be granted. If the pro se response is not filed by the date specified, we will submit the appeal on the *Anders* brief alone.

We **DIRECT** the Clerk to send, by first-class mail, copies of this order, the appellant's brief filed on March 14, 2014, and this Court's letter of March 18, 2014, to Jesus Gutierrez Eliasar, TDCJ No. 1893763, Coffield Unit, 2661 F.M. 2054, Tennessee Colony, Texas 75884.

/s/     LANA MYERS
JUSTICE